No. 77–5638. WEST v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5661. SMITH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–256. TIGER INTERNATIONAL, INC., ET AL. v. CIVIL AERONAUTICS BOARD. C. A. 9th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–501. STERN v. UNITED STATES GYPSUM, INC., ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–531. UNION CAMP CORP. v. SEABOARD COAST LINE RAILROAD CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.*

No. 77–5439. HOUSE v. STYNCHCOMBE, SHERIFF, ET AL. Sup. Ct. Ga.;
No. 77–5450. CEJA v. ARIZONA. Sup. Ct. Ariz.; and
No. 77–5482. McCORQUODALE v. STYNCHCOMBE, SHERIFF, ET AL. Sup. Ct. Ga. Certiorari denied. Reported below: No. 77–5439, 239 Ga. 222, 236 S. E. 2d 353; No. 77–5450, 115 Ariz. 413, 565 P. 2d 1274; No. 77–5482, 239 Ga. 138, 236 S. E. 2d 486.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

---

*See also note, supra, p. 961.